No JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBERTA BILBREY, JIMMY BAHN, LAWRENCE GOLDMAN, MARK PEOPLES, JAMAL SAMAHA, GEORGE QUINLAN, KARA DRATH, GARY HANNA, SARAH GRAVLIN, CAITLIN KREMER, CINDY ORTIZ, ALEXI CHISARI, ROBERT MOSS, MICHAEL BRUMER, DAVE JAHSMAN, JOHN BARTHOLOMEW, VIMAL LAWRENCE, KAYCE KLEEHAMER, MARK KLEIN, BRIAN KLEIN, CHARLES DENARO, ADAM PRYOR, SRIKARTHIK SUBBARAO, DANIEL ALLAN, PAUL GONZALES, ERIC FADEN, HAMILTON HINES, AND KRISTEN GRATTON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California corporation,<br><br>    Defendant. | Case No. 2:19-cv-05984 RGK(ASx)<br><br>[*The Honorable R. Gary Klausner*]<br><br>**ORDER GRANTING DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S UNOPPOSED MOTION TO ENTER JUDGMENT PURSUANT TO DEFENDANT'S ACCEPTED RULE 68 OFFERS OF JUDGMENT [181]**<br><br><br>CLASS ACTION |

Having considered Defendant American Honda Motor Co., Inc.'s ("AHM") Unopposed Motion to Enter Judgment in favor of plaintiffs Charles Denaro, Kara Drath, Gary Hanna, Hamilton Hines, Kayce Kleehamer, Caitlin Kremer, and Robert Moss pursuant to their acceptance of AHM's Rule 68 Offers of Judgment, and the declaration and exhibits filed in support thereof, and good cause therefore appearing, the Court hereby GRANTS the motion and ORDERS as follows:

1. Judgment is entered against AHM and in favor of plaintiff CHARLES DENARO in the amount of ten thousand dollars ($10,000), inclusive of attorneys' fees and costs, to completely and fully satisfy any and all claims for relief that are or could be asserted by plaintiff against AHM in this action, regardless of the basis or nature of such claims and including all individual claims that have ever been asserted against, or could assert, against AHM, or any affiliate, parent or subsidiary of AHM in this action in accordance with the terms set forth in the Rule 68 Offer of Judgment.

2. Judgment is entered against AHM and in favor of plaintiff KARA DRATH in the amount of ten thousand dollars ($10,000), inclusive of attorneys' fees and costs, to completely and fully satisfy any and all claims for relief that are or could be asserted by plaintiff against AHM in this action, regardless of the basis or nature of such claims and including all individual claims that have ever been asserted against, or could assert, against AHM, or any affiliate, parent or subsidiary of AHM in this action in accordance with the terms set forth in the Rule 68 Offer of Judgment.

3. Judgment is entered against AHM and in favor of plaintiff GARY HANNA in the amount of ten thousand dollars ($10,000), inclusive of attorneys' fees and costs, to completely and fully satisfy any and all claims for relief that are or could be asserted by plaintiff against AHM in this action, regardless of the basis or nature of such claims and including all individual claims that have been asserted, or could be asserted, against AHM, or any affiliate, parent or subsidiary of AHM in this action in accordance with the terms set forth in the Rule 68 Offer of Judgment.

4. Judgment is entered against AHM and in favor of plaintiff HAMILTON

1  HINES in the amount of ten thousand dollars ($10,000), inclusive of attorneys' fees and
2  costs, to completely and fully satisfy any and all claims for relief that are or could be
3  asserted by plaintiff against AHM in this action, regardless of the basis or nature of such
4  claims and including all individual claims that have been asserted, or could be asserted,
5  against AHM, or any affiliate, parent or subsidiary of AHM in this action in accordance
6  with the terms set forth in the Rule 68 Offer of Judgment.

7      5.    Judgment is entered against AHM and in favor of plaintiff KAYCE
8  KLEEHAMER in the amount of ten thousand dollars ($10,000), inclusive of attorneys'
9  fees and costs, to completely and fully satisfy any and all claims for relief that are or
10 could be asserted by plaintiff against AHM in this action, regardless of the basis or
11 nature of such claims and including all individual claims that have been asserted, or
12 could be asserted, against AHM, or any affiliate, parent or subsidiary of AHM in this
13 action in accordance with the terms set forth in the Rule 68 Offer of Judgment.

14     6.    Judgment is entered against AHM and in favor of plaintiff CAITLIN
15 KREMER in the amount of ten thousand dollars ($10,000), inclusive of attorneys' fees
16 and costs, to completely and fully satisfy any and all claims for relief that are or could
17 be asserted by plaintiff against AHM in this action, regardless of the basis or nature of
18 such claims and including all individual claims that have been asserted, or could be
19 asserted, against AHM, or any affiliate, parent or subsidiary of AHM in this action in
20 accordance with the terms set forth in the Rule 68 Offer of Judgment.

23 ///
24 ///
25 ///

3

ORDER GRANTING DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S UNOPPOSED MOTION TO
ENTER JUDGMENT PURSUANT TO DEFENDANT'S ACCEPTED
RULE 68 OFFERS OF JUDGMENT

7. Judgment is entered against AHM and in favor of plaintiff ROBERT MOSS in the amount of ten thousand dollars ($10,000), inclusive of attorneys' fees and costs, to completely and fully satisfy any and all claims for relief that are or could be asserted by plaintiff against AHM in this action, regardless of the basis or nature of such claims and including all individual claims that have been asserted, or could be asserted, against AHM, or any affiliate, parent or subsidiary of AHM in this action in accordance with the terms set forth in the Rule 68 Offer of Judgment.

**IT IS SO ORDERED.**

Dated: October 15, 2020

*[Signature]*

Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE