1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| 11 | ROBERTA BILBREY, JIMMY BAHN, LAWRENCE GOLDMAN, MARK PEOPLES, JAMAL SAMAHA, GEORGE QUINLAN, KARA DRATH, GARY HANNA, SARAH GRAVLIN, CAITLIN KREMER, CINDY ORTIZ, ALEXI CHISARI, ROBERT MOSS, MICHAEL BRUMER, DAVE JAHSMAN, JOHN BARTHOLOMEW, VIMAL LAWRENCE, KAYCE KLEEHAMER, MARK KLEIN, BRIAN KLEIN, CHARLES DENARO, ADAM PRYOR, SRIKARTHIK SUBBARAO, DANIEL ALLAN, PAUL GONZALES, ERIC FADEN, HAMILTON HINES, AND KRISTEN GRATTON, on behalf of themselves and all others similarly situated, | Case No. 2:19-cv-05984 RGK(ASx) |

Case No. 2:19-cv-05984 RGK(ASx)

[*The Honorable R. Gary Klausner*]

[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION RE: AMENDED [PROPOSED] PRELIMINARY APPROVAL ORDER**

ROBERTA BILBREY, JIMMY BAHN,
LAWRENCE GOLDMAN, MARK
PEOPLES, JAMAL SAMAHA,
GEORGE QUINLAN, KARA DRATH,
GARY HANNA, SARAH GRAVLIN,
CAITLIN KREMER, CINDY ORTIZ,
ALEXI CHISARI, ROBERT MOSS,
MICHAEL BRUMER, DAVE
JAHSMAN, JOHN BARTHOLOMEW,
VIMAL LAWRENCE, KAYCE
KLEEHAMER, MARK KLEIN, BRIAN
KLEIN, CHARLES DENARO, ADAM
PRYOR, SRIKARTHIK SUBBARAO,
DANIEL ALLAN, PAUL GONZALES,
ERIC FADEN, HAMILTON HINES,
AND KRISTEN GRATTON, on behalf
of themselves and all others similarly
situated,

          Plaintiffs,

CLASS ACTION

v.

AMERICAN HONDA MOTOR CO.,
INC., a California corporation,

          Defendant.

1    Having considered the Parties' Joint Stipulation Re: Amended [Proposed]

2  Preliminary Approval Order, and good cause appearing therefore, IT IS HEREBY

3  ORDERED that:

4    The Amended [Proposed] Preliminary Approval Order attached as Exhibit A to

5  the Parties' Joint Stipulation Re: Amended [Proposed] Preliminary Approval Order will

6  replace the original [Proposed] Preliminary Approval Order filed at ECF No. 189-3, in

7  connection with the Motion for Preliminary Approval of Class Action Settlement and

8  Direction of Notice under Rule 23(e), currently pending before this Court (ECF No.

9  189).

10    **IT IS SO ORDERED.**

11

12  Dated: ___March 30, 2021_____        _____

13                                              Honorable R. Gary Klausner
                                                UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: AMENDED [PROPOSED] PRELIMINARY
APPROVAL ORDER